IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY C. ALLEN,

    Plaintiff(s),

v.

JEFFREY A. BEARD, et al.

    Defendant(s).

07cv1398
**ELECTRONICALLY FILED**

### Order of Court

AND NOW, this 18st day of November, 2009;

IT IS ORDERED that pursuant to 28 U.S.C. §1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania <u>In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions (Miscellaneous No 99-95)</u>, the Clerk of Court, on behalf of the Allegheny County Bar Foundation of the Allegheny County Bar Association is directed to request a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned case;

IT IS FURTHER ORDERED that Plaintiff's motion for appointment of Yassim Mohammad (who is a non-lawyer prisoner) (Doc. no. 90) is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide counsel with a copy of the compliant, any amended complaint, all answers and pretrial narrative statements should any exist and shall provide counsel with any additional pleadings or documents as requested by counsel.

                              s/Arthur J. Schwab
                              Arthur J. Schwab
                              United States District Judge

cc:    All Registered ECF Counsel and Parties