IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| Anthony C. Allen, | |
|---|---|
| Plaintiff, | Civil Action No. 07-1398 |
| v. | JUDGE ARTHUR J. SCHWAB |
| Jeffrey A. Beard, et al., | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this __26TH__ day of __February__ 2010, upon consideration of the foregoing Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery, and for good cause shown, said Motion (Docket No. __112__) is GRANTED. It is further ordered that:

1. Plaintiff is granted leave to depose Defendants Reposky, Stoner, Staley, Mains, and Schompert, as well as Joe Bilitski, RN, and, pursuant to Fed. R. Civ. P. 30(b)(6), State Correctional Institute at Fayette, at a time and place agreed upon by counsel for the parties. Each deposition shall be limited to four (4) hours. All depositions must be completed by March 11, 2010.

2. Plaintiff's counsel is directed to serve the sought-after written discovery consistent with the within Motion by February 26, 2010. Defendants' shall fully comply and provide written responses and all responsive documents to Plaintiff's counsel by March 4, 2010 at noon.

Arthur J. Schwab
United States District Judge