IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY C. ALLEN,

       Plaintiff(s),                          07cv1398

                                           **ELECTRONICALLY FILED**

  v.

GEORGE REPOSKY, et al.

       Defendant(s).

## VERDICT SLIP

### QUESTION 1

(a) Do you find that defendant Michael Schompert used unlawfully excessive force against Plaintiff on October 16, 2005?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(b) Do you find that defendant Clayton Stoner used unlawfully excessive force against Plaintiff on October 16, 2005?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(c) Do you find that defendant Leroy Staley used unlawfully excessive force against Plaintiff on October 16, 2005?

        YES \_\_\_\_\_        NO \_\_\_\_\_

(d) Do you find that defendant Mark Mains used unlawfully excessive force against Plaintiff on October 16, 2005?

        YES \_\_\_\_\_        NO \_\_\_\_\_

**If you answered "YES" to any subpart of Question 1, please proceed to Question 2. If you answered "NO" to all of Question 1, please sign the last page of this document and notify the Court that you have reached a verdict.**

**QUESTION 2**

By answering "YES" to one or more parts of Question 1, you have determined that one or more of the Defendants used unlawfully excessive force against Plaintiff on October 16, 2005.

Do you find that defendant Reposky unlawfully failed to intervene to stop this use of force against Plaintiff on October 16, 2005?

YES \_\_\_\_\_          NO \_\_\_\_\_

**If you answered "YES" to Question 2, please proceed to Question 3. If you answered "NO" to Question 2, please proceed to Question 4 (*i.e.*, the award of damages).**

**QUESTION 3**

By answering "YES" to Question 2, you have determined that defendant Reposky unlawfully failed to intervene to stop an excessive use of force against Plaintiff on October 16, 2005.

Do you find that defendant Reposky failed to intervene in this matter in order to unlawfully retaliate against Plaintiff?

YES \_\_\_\_\_          NO \_\_\_\_\_

**Please proceed to Question 4.**

**QUESTION 4**

By answering "YES" to one or more subparts of Question 1, 2, and/or 3, you have reached a verdict in favor of the Plaintiff. You must now determine the amount of damages, if any, that you will award:

Compensatory: _____

Nominal (i.e., $1.00):_____

Punitive: _____

**SO SAID BY ALL.**

Dated: _____

_____  _____
Foreperson                                                                     Juror

_____  _____
Juror                                                                               Juror

_____  _____
Juror                                                                               Juror

_____  _____
Juror                                                                               Juror