1915(a)(1).  While the statute does not define what constitutes "fees" within the meaning of its provisions, in Tabron v. Grace, 6 F.3d 147 (3d Cir.1993), the United States Court of Appeals for the Third Circuit held that "[t]here is no provision in [28 U.S.C. § 1915] for the payment by the government of the costs of deposition transcripts, **or any other litigation expenses**, and no other statute authorizes courts to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant." Id. at 159 (emphasis added).

Accordingly, for these reasons, the instant motion (doc. no. 174) is THEREFORE DENIED.

SO ORDERED this 19th day of May, 2010.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record

Anthony Allen, Plaintiff
PA Department of Corrections
Number BQ 6634
1100 Pike Street
Huntington, PA 16654-1112